UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
*(Electronically Filed)*

| | |
|---|---|
| **DOUGLAS HAGGERTY,** *et al.,* ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 1:15-cv-00955-JMS-MJD |
| ) | |
| vs. ) | JUDGE JANE MAGNUS-STINSON |
| ) | MAGISTRATE MARK J. DINSMORE |
| **MPW INDUSTRIAL SERVICES, INC.,** ) | |
| *et al.,* ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT, APPROVAL OF INDIVIDUAL SETTLEMENT AGREEMENTS, AND APPROVAL OF PROPOSED NOTICE OF CLASS ACTION SETTLEMENT AND HEARING**

Plaintiffs Douglas Haggerty and Tory Shaver, ("Plaintiffs") and Defendant MPW Industrial Services, Inc. ("Defendant"), by and through their undersigned counsel, hereby move this Court for conditional certification of the settlement class pursuant to Fed. R. Civ. P. 23 (for settlement purposes only);[1] preliminary approval of the Class Action Settlement Agreement and Release ("Class Action Settlement Agreement"); approval of the two individual Confidential Settlement and Release Agreements entered into individually and separately by each Plaintiff, on the one hand, and Defendant MPW, on the other hand (collectively, the "Individual Settlement Agreements"); and approval of the proposed Notice of Class Action Settlement and Hearing (the

---

[1] Defendant does not oppose this Motion to the extent it seeks certification of a class for settlement purposes only. Defendant denies all liability and reserves all rights to object to class certification. The Parties' settlement, including as to Plaintiffs' individual claims, is conditioned on the Court's Preliminary and Final Approval of the Class Action Settlement Agreement. Absent such approval all Parties reserve their rights, including, but not limited to, Defendant's right to contest class certification.

"Proposed Notice").[2]  Consistent with this request, the Parties also jointly move the Court to enter an Order in the form attached to the Class Action Settlement Agreement as Exhibit 1.  The grounds for this motion are more fully discussed in the accompanying Memorandum in Support.

Dated: May 17, 2016

Respectfully submitted,

| | |
|---|---|
| _/s/ Robert P. Kondras, Jr._ | _/s/ Richard A. Millisor_ |
| Robert P. Kondras, Jr., Esq. | Richard A. Millisor, Esq. |
| HUNT, HASSLER, KONDRAS & MILLER LLP | Robert E. Dezort, Esq. |
| 100 Cherry Street | FISHER & PHILLIPS LLP |
| Terre Haute, IN 47807 | 9150 South Hills Blvd., Suite 300 |
| (812) 232-9691 – Telephone | Cleveland, OH 44147-3599 |
| (812) 234-2881 – Facsimile | (440) 838-8800 – Telephone |
| kondras@huntlawfirm.net | (440) 838-8805 – Facsimile |
| | rmillisor@laborlawyers.com |
| *Attorney for Plaintiffs* | rdezort@laborlawyers.com |
| | |
| | *Attorneys for Defendants* |

---

[2] The Parties are simultaneous with this Motion providing the Class Action Settlement Agreement, including the Proposed Notice (Exhibit 2 to the Class Action Settlement Agreement), and the Individual Settlement Agreements to Magistrate Judge Dinsmore for in camera inspection by the Court.

## CERTIFICATE OF SERVICE

This is to certify that on May 17, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM-ECF System, and that service will be made electronically on all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

*/s/ Richard A. Millisor*
Richard A. Millisor
Attorney for Defendant