UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DOUGLAS HAGGERTY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) CASE NO. 1:15-cv-00955-MJD-JMS |
| | ) |
| vs. | ) |
| | ) |
| MPW INDUSTRIAL SERVICES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## FINAL ORDER APPROVING SETTLMENT

A Final Approval Hearing was held before this Court on October 24, 2016, where the administration of the settlement was discussed by counsel for the Parties.  The Court – having reviewed the terms of the settlement agreements, including the Class Action Settlement Agreement, and having discussed the settlement's administration, and being fully satisfied that the settlement is a fair, reasonable and adequate resolution of the disputed circumstances of this case and in the best interest of all Parties, including the Settlement Class – approves the settlement, including the Class Action Settlement Agreement.

IT IS SO ORDERED.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

FPDOCS 32366726.1